# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TROY ALEXANDER MARINELLO AND
KRISTEN AMY MARINELLO AND
ANDREW ALEXANDER MARINELLO

NO.   2023 CW 0144

VERSUS

RON WHITE AND TEXAS FARM
BUREAU UNDERWRITERS AND USAA
CASUALTY INSURANCE COMPANY
AND ABC INSURANCE COMPANY
AND DEF INSURANCE COMPANY

**MARCH 27, 2023**

---

In Re:    USAA  Casualty  Insurance  Company,  applying  for
          supervisory  writs,  21st  Judicial  District  Court,
          Parish of Livingston, No. 174980.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

  **WRIT  NOT  CONSIDERED.**   This  writ  application  failed  to
include  a  copy  of  each  pleading  on  which  the  judgment  was
founded,  including  the  motion  and  attachments  (if  any),  reply
(if  any),  a  copy  of  any  opposition  and  any  attachments  thereto
filed  in  the  trial  court  or  a  statement  by  the  applicant  that  no
opposition  was  filed,  the  notice  of  intent  and  return  date
order,  in  violation  of  Rule  4-5(C)(8),  (9)  and  (11)  of  the
Uniform Rules of Louisiana Courts of Appeal.

  Supplementation  of  this  writ  application  and/or  an
application  for  rehearing  will  not  be  considered.  Uniform  Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

  In  the  event  relator  seeks  to  file  a  new  application  with
this  court,  it  must  contain  all  pertinent  documentation,
including  the  missing  items  noted  herein  and  documentation  to
show  that  the  original  writ  application  was  timely,  and  must
comply  with  Uniform  Rules  of  Louisiana  Courts  of  Appeal,  Rule  2-
12.2.   Any  new  application  must  be  filed  on  or  before  April  11,
2023 and must contain a copy of this ruling.

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT